ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| CURTIS DALE GRAHAM | 3-15CR-024-N |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Escape
### (Violation of 18 U.S.C. § 751(a))

On or about October 17, 2013, in the Dallas Division of the Northern District of Texas, the defendant, **Curtis Dale Graham**, did knowingly escape from custody from the Volunteer of America Residential Re-Entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for District of Montana upon conviction for the commission of Unlawful Possession of a Firearm in violation of 18 U.S.C. § 922(g), Possession of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c), and Possession of Marijuana with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1).

In violation of 18 U.S.C. § 751(a).

A TRUE BILL

*[signature: Angela Beard]*
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

*[signature]*

DAN GIVIDEN
Special Assistant United States Attorney
Idaho Bar No. 8293
1100 Commerce Street, Third Floor
Dallas, TX 75242
Telephone: 214-659-8732
Facsimile: 214-659-8800

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CURTIS DALE GRAHAM

INDICTMENT

18 U.S.C. § 751(a)
Escape

1 Count

A true bill rendered

DALLAS                    *Angela Bland*                    FOREPERSON

Filed in open court this 21st day of January, 2015

_____ Clerk

**WARRANT TO ISSUE: Curtis Dale Graham**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Criminal Matter Pending